UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Icon Eyewear, Inc.

Case No.: 19-29733 (JKS)

Chapter 7

Charles M. Forman, Trustee  
v.

Judge: John K. Sherwood

Ephraim Zinkin

Adv. Pro No. 21-01400 (JKS)

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Charles M. Forman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk of the Court:  United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on February 8, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D, United States Bankruptcy Court (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

Nature of the Action:
The Trustee filed a complaint to avoid transfers against Ephraim Zinkin seeking to recover the repayment of a loan in the amount of $400,000 as a preferential or fraudulent transfer.

Pertinent Terms of Settlement:
The Trustee has reviewed the good faith defenses and evidence provided by the Defendant. In light of this, the Trustee proposes to dismiss the complaint.

Objections must be served on, and requests for additional information directed to:

Name:              Erin J. Kennedy, Esq., Forman Holt
Address:           365 West Passaic Street, Suite 400, Rochelle Park, NJ 07652
Telephone No.:     (201) 845-1000

F0161928 - 1